**PRISONER CASE**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

## Civil Cover Sheet

KC **FILED**
DEC 2 6 2007
DEC 26 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**Plaintiff(s):** DEVALIUS MCDONALD

**Defendant(s):** DR. KIM

**County of Residence:** KANE

**County of Residence:**

**Plaintiff's Address:**
DeValius McDonald
#055990
Kane - KCJ
777 East Fabyan Parkway
Geneva, IL  61034

**Defendant's Attorney:**

**Basis of Jurisdiction:**
- [ ] 1. U.S. Government Plaintiff
- [ ] 2. U.S. Government Defendant
- [✓] 3. Federal Question (U.S. gov't. not a party)
- [ ] 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**
Plaintiff:
Defendant:

07CV7221
JUDGE BUCKLO
MAGISTRATE JUDGE KEYS

**Origin:**
- [✓] 1. Original Proceeding
- [ ] 2. Removed From State Court
- [ ] 3. Remanded From Appellate Court
- [ ] 4. Reinstated or Reopened
- [ ] 5. Transferred From Other District
- [ ] 6. MultiDistrict Litigation
- [ ] 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 555 Prison conditions

**Cause of Action:** 42:1983pr

**Jury Demand:** [ ] Yes  [✓] No

**Signature:** *Q.E. Woodham*    **Date:** 12/26/2007