UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | | |
|---|---|---|---|
| DeVALIUS McDONALD, | ) | | |
| | ) | | |
| Plaintiff, | ) | | |
| | ) | | |
| vs. | ) | No. | 07 C 7221 |
| | ) | | |
| Dr. KIM, | ) | | Judge Elaine E. Bucklo |
| | ) | | |
| Defendant. | ) | | |

## DR. YOUNG KIM'S MOTION FOR EXTENSION OF TIME

NOW COMES the Defendant, YOUNG KIM, M.D., by and through his attorney, ROSS W. BARTOLOTTA of SWANSON, MARTIN & BELL, LLP, and requests that this Honorable Court grant Defendant an additional twenty-one (21) days to answer or otherwise plead to the Plaintiff's *Pro Se* Complaint.

1.  The Plaintiff filed this Complaint against Dr. Kim bringing forth a pro se civil rights action pursuant to 42 U.S.C. § 1983.

2.  Defendant requests an extension of time of twenty-one (21) days, or until March 5, 2008, to answer or otherwise plead to the Plaintiff's Complaint.  This brief extension is necessary because counsel was recently assigned this case and needs additional time to fully investigate and respond to the allegations levied in this case.

3.  This is Defendant's first request for an extension of time, and it is not meant to delay the proceedings in any manner or prejudice the plaintiff in any regard.

WHEREFORE, the Defendant, Dr. Young Kim, respectfully requests that this Court grant him an extension of time of twenty-one days, until March 5, 2008, to answer or otherwise plead to the Plaintiff's Complaint.

Respectfully submitted,

**DR. YOUNG KIM**


By: _____

/s/ Ross W. Bartolotta
Attorney at Law


Ross W. Bartolotta
**SWANSON, MARTIN & BELL, LLP**
2525 Cabot Drive
Suite 204
Lisle, Illinois 60532
(630) 799-6900
A.R.D.C. No.:  6224433