UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DeVALIUS McDONALD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No.   07 C 7221 |
| | ) | |
| Dr. KIM, | ) | Judge Elaine E. Bucklo |
| | ) | |
| Defendant. | ) | |

## NOTICE OF MOTION

TO: DeValius McDonald, ID # 055990, Kane County Jail, 777 East Fabyan Parkway, Geneva, IL 61034

Please take notice that on February 20, 2008, I will appear before the Honorable Judge Elaine E. Bucklo in Courtroom 1441 and present **Dr. Kim's Motion for an Extension of Time to Answer or Otherwise Plead**, in the above-entitled action, a copy of which is hereby served upon you.

_____
/s/ Ross W. Bartolotta

## CERTIFICATE OF DELIVERY

The undersigned hereby certifies under penalties of perjury as provided by law, that the above notice and attached pleading were filed Electronically Clerk of the United States District Court, Northern District of Illinois Eastern Division, and sent to the party at the address set forth above by United States Mail on the 14th day of November, 2008.

_____
/s/ Ross W. Bartolotta

Ross W. Bartolotta
**SWANSON, MARTIN & BELL, LLP**
2525 Cabot Drive, Suite 204
Lisle, Illinois 60532
(630) 799-6900
ARDC No. 6224433