## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
## Eastern Division

DeValius McDonald

                Plaintiff,

v.                                            Case No.: 1:07–cv–07221
                                            Honorable Elaine E. Bucklo

Dr Kim

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 19, 2008:

      MINUTE entry before Judge Elaine E. Bucklo :Defendant's motion for extension of time [8] until 3/5/08 to answer or otherwise plead is granted. This case is referred to the assigned Magistrate Judge for supervision of discovery and settlement conference.Status hearing set for 6/13/2008 at 09:30 AM.Mailed notice(mpj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.