# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

DeValius McDonald

                Plaintiff,

v.                                          Case No.: 1:07–cv–07221
                                                  Honorable Elaine E. Bucklo

Dr Kim

                Defendant.

## ORDER REFERRING A CIVIL CASE TO THE DESIGNATED MAGISTRATE JUDGE

      Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Magistrate Judge Arlander Keys for the purpose of holding proceedings related to: Discovery supervision and settlement conference.(mpj, )Mailed notice.

Dated: February 19, 2008

                                                                                  /s/ Elaine E. Bucklo

                                                                        United States District Judge