FILED
Feb 26, 2008
FEB 2 6 2008
MB
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Plaintiff's new address is 8107 So. Langley, Chicago, IL 60619 (773) 224-7049. Plaintiff is at this time is still indigent.

Case number    07C 7221
Judge          Elaine E. Bucklo
Magistrate     Judge Keys
Case title     DeValius McDonald -vs- Dr. Kim

Case number    08C 0155
Judge          Conlon
Magistrate     Judge Valdez
Case title     DeValius McDonald -vs- SPC

Case number    08C 0038
Judge          Elaine E. Bucklo
Magistrate     Judge Keys
Case title     DeValius McDonald -vs- Patrick B. Perez, etc.