AMENDED PETITION/COMPLAINT

FILED
Feb 26, 2008
FEB 2 6 2008
MB
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

BR

Case Number 07 C 7221

Judge ELAINE E. BUCKLO, Magistrate Judge Keys

Case title DEVALIUS McDONALD -vs- DR. KIM

INCLUDE EXHBITS A, B, C and D TO PLAINIFFS COMPLAINT

Exhibts, A, B, C and D will show that defendant Dr. Kim acted willfully, wantonly and displayed total indiffrence toward this plaintiff, thus violating his rights.

Exhibit A

WHITE – INMATE'S COPY
YELLOW – BOOKING FILE
PINK – INMATE'S COPY

**ADULT CORRECTIONS**
**SHERIFF'S DEPARTMENT**
**KANE COUNTY**

DATE 9-29-07  LOCATION Risk

TO Docter/Pharmacy  BOOKING # 055990

REASON I Need my Norrasc or it's analouge what the doctor here has given me is something to slow my heart beat. This causes chest pain in my heart.

(SIGNATURE)

RESPONSE

(SIGNATURE)

**INMATES REQUEST**

INMATE'S NAME Devalies McDonald



C

# KANE COUNTY SHERIFF'S DEPARTMENT
## ADULT CORRECTIONS

MEDICAL REQUEST FORM

Inmate Name: DeValius McDonald   Date: 10-31-07

ID Number: 055990   DOB: 2-7-1955   Location: R/S/C

Reason: My gums are inflamed and bleeding. I am in pain. The food is high in starch with minimal nutritive value. I need a multi-vitamin-multi-mineral supplement. I need Vitamin C.

The following medical services will require a co-payment:

____ Nurse Sick Call   $5.00

____ Doctors Visit   $5.00

____ Dentist Visit   $5.00

____ X-ray Services   $5.00

____ Laboratory   $5.00

____ Prescription   $3.00

____ OTC* Oral   $.50

____ OTC* Topical   $.50

**Medical care will never be refused to any inmate.** Those inmates who do not have any money on their account will be seen by medical staff, and a negative balance will be placed on their inmate account.

Services received:
Inmate Signature_____ Time_____ Date_____

Nurse Signature_____

Inmate has received above checked services, and has refused to sign this form.

Witness_____

Original: Medical File   Yellow: Account Clerk   Pink: Inmate

WHITE – ORIGINAL
YELLOW – BOOKING FILE
PINK – INMATE'S COPY

**ADULT CORRECTIONS
SHERIFF'S DEPARTMENT
KANE COUNTY**

DATE 10-3-07   LOCATION Risk

TO Doctor   BOOKING # 055990

REASON Today as the morning nurse was dispensing medication I was given 3 multicolored capusles to take. I know my medication has been changed to a Norvasc Avaloge and HCZt. This was not what I expected, I asked the nurse what was it, She was unproffesinal and vulgar in her language and said I don't have the time to find out. She should be fired with someone one else who knows their job! This dangerous, medication is important!

(SIGNATURE)

RESPONSE

(SIGNATURE)

**INMATES REQUEST**

INMATE'S NAME DeValius McDonald

**C**

Exhibit D

WHITE – ORIGINAL
YELLOW – BOOKING FILE
PINK – INMATE'S COPY

## ADULT CORRECTIONS
## SHERIFF'S DEPARTMENT
## KANE COUNTY

DATE 10-4-07     LOCATION Risk

TO Doctor     BOOKING # 055990

REASON I ask the morning nurse about my medication she thought that I was recieving an Anti depresant and wasn't sure about the other, she was agaited and using profanity. I need to know how many pills, shape and color and size that I am to have because the nurse sure doesn't know! She is obscene, profane and lacking of proffesionalism!! She should be replaced. Someone certainly could recieve the wrong medication under her care!!

(SIGNATURE)

RESPONSE

(SIGNATURE)

## INMATES REQUEST

INMATE'S NAME DeValius McDonald


C