IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |  |
|---|---|---|
| DEVALIUS MCDONALD, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 07CV7221 |
| vs. | ) | |
| | ) | Judge Elaine E. Bucklo |
| DR. KIM, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF MOTION

**TO**:   Devalius McDonald, 8107 South Langley, Chicago, IL 60619

Please take notice that on <u>13th day of March, 2008</u> at <u>9:30 a.m.</u>, I shall appear before the Honorable Judge Elaine E. Bucklo in Courtroom 1441 of the Everett McKinley Dirksen Building, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604, United States District Court, Northern District of Illinois Eastern Division, and then and there present the attached **Rule 12(b)(6) Motion to Dismiss Plaintiff's Complaint**, in the above-entitled action, a copy of which is hereby served upon you.

<u>/s/ Christian A. Sullivan</u>

## CERTIFICATE OF DELIVERY

The undersigned hereby certifies under penalties of perjury as provided by law, that the above notice and attached pleading were placed in the U.S. Mail at Lisle, Illinois, proper postage prepaid to the party at the address set forth above on the <u>5th day of March, 2008</u>.

<u>/s/ Christian A. Sullivan</u>

Christian A. Sullivan
**SWANSON, MARTIN & BELL, LLP**
2525 Cabot Drive, Suite 204
Lisle, Illinois 60532
(630) 799-6900
A.R.D.C. No.: 6278557

218979v.1