AMENDED PETITION/COMPLAINT

FILED
Feb 26, 2008
FEB 2 6 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Case Number    07 C 7221

Judge    ELAINE E. BUCKLO, Magistrate Judge Keys

Case title    DEVALIUS McDONALD -vs- DR. KIM

INCLUDE EXHBITS A, B, C and D TO PLAINIFF'S COMPLAINT

Exhibts, A, B, C and D will show that defendant Dr. Kim acted willfully, wantonly and displayed total indiffrence toward this plaintiff, thus violating his rights.

Exhibit A

WHITE – INMATE'S COPY
YELLOW – BOOKING FILE
PINK – INMATE'S COPY

**ADULT CORRECTIONS
SHERIFF'S DEPARTMENT
KANE COUNTY**

DATE 9-29-07     LOCATION Risk

TO Docter/Pharmacy    BOOKING # 055990

REASON I need my Norvasc or it's analouge what the doctor here has given me is something to slow my heart beat. This causes chest pain in my heart.

_____
(SIGNATURE)

RESPONSE _____

_____
(SIGNATURE)

**INMATES REQUEST**

INMATE'S NAME DeValius McDonald

C

# KANE COUNTY SHERIFF'S DEPARTMENT
# ADULT CORRECTIONS

## MEDICAL REQUEST FORM

Inmate Name  Delalius McDonald  Date 10-31-07

ID Number 055990  DOB 2-7-1955  Location R+3/c

Reason  My gums are inflamed and bleeding. I am in pain. The food is high in starch with minimal nutritive value. I need a multi-vitamin-multi-mineral supplement. I need Vitamin C.

The following medical services will require a co-payment:

____ Nurse Sick Call     $5.00
____ Doctors Visit       $5.00
____ Dentist Visit       $5.00
____ X-ray Services      $5.00
____ Laboratory          $5.00
____ Prescription        $3.00
____ OTC* Oral           $ .50
____ OTC* Topical        $ .50

**Medical care will never be refused to any inmate.** Those inmates who do not have any money on their account will be seen by medical staff, and a negative balance will be placed on their inmate account.

Services received:
Inmate Signature_____ Time_____ Date_____
Nurse Signature_____

Inmate has received above checked services, and has refused to sign this form.

Witness_____

Original: Medical File     Yellow: Account Clerk     Pink: Inmate

EX 7821 C

## ADULT CORRECTIONS
## SHERIFF'S DEPARTMENT
## KANE COUNTY

WHITE – ORIGINAL
YELLOW – BOOKING FILE
PINK – INMATE'S COPY

DATE 10-3-07     LOCATION Risk

TO Doctor     BOOKING # 055990

REASON Today as the morning Nurse was dispensing medication I was given 3 multicolored capsules to take. I know my medication has been changed to a Norvasc Analoge and HCZt. This was not what I expected. I asked the nurse what was it, She was Nproffesional and vulgar in her language And said I don't have the time to find out. She should be fired with someone  who knows their job! (SIGNATURE)
This dangerous medication is important!

RESPONSE _____

(SIGNATURE)

## INMATES REQUEST

INMATE'S NAME DeValius McDonald

C

Exhibit

WHITE – ORIGINAL
YELLOW – BOOKING FILE
PINK – INMATE'S COPY

**ADULT CORRECTIONS
SHERIFF'S DEPARTMENT
KANE COUNTY**

DATE 10-4-07   LOCATION Risk

TO Doctor   BOOKING # 055990

REASON I ask the morning nurse about my medication she thought that I was reciving an Anti depresant and wasn't Sure About the other, she was agaited and using profanity. I need to Know how many pills, shape and color and size. that I am to have because the nurse sure doesn't know! She is Obscene, profane and lacking of proffesionalism!! She should be replaced. Some one certainly could receive the wrong medication under her care!!

(SIGNATURE)

RESPONSE

(SIGNATURE)

**INMATES REQUEST**

INMATE'S NAME DeValius McDonald


C