## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | ELAINE E. BUCKLO | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7221 | **DATE** | 3/5/08 |
| **CASE TITLE** | DeValius McDonald vs. Dr. Kim | | |

**DOCKET ENTRY TEXT:**

Reference is made to the plaintiff's change-of-address notice [#13]. The plaintiff is reminded that he must: (1) provide the court with the original plus a judge's copy of every document filed; (2) include a certificate of service with each court filing showing that a copy was mailed to opposing counsel; (3) sign every document filed; and (4) file separate documents in separate cases. The plaintiff may not file one document pertaining to multiple cases. In the future, the court may strike without considering any document filed that fails to comport with these basic filing requirements. In light of his release from jail, the plaintiff is directed to file an updated application for leave to proceed *in forma pauperis* within twenty-one days of the date of this order. The Clerk is directed to mail the plaintiff an i.f.p. application, as well as another copy of the court's filing instructions.

■ [Docketing to mail notices.]

mjm