## AMENDED PETITION/COMPLAINT

Case Number   07 C 7221

Judge   ELAINE E. BUCKLO, Magistrate Judge Keys

Case title   DEVALIUS McDONALD -vs- DR. KIM

INCLUDE EXHBITS A, B, C and D TO PLAINTIFF'S COMPLAINT

Exhibits, A, B, C and D will show that defendant Dr. Kim acted willfully wantonly and displayed total indiffrence toward this plaintiff, thus violating his rights.

FILED

FEB 26 2008 MB
Feb 26 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT