## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

DeValius McDonald

                        Plaintiff,

v.                                             Case No.: 1:07–cv–07221
                                                  Honorable Elaine E. Bucklo

Dr Kim

                        Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, March 13, 2008:

      MINUTE entry before Judge Elaine E. Bucklo :Motion hearing held on 3/13/2008 regarding defendant's motion to dismiss[17]. Set deadlines/hearing as to motion to dismiss[17] : Responses due by 4/15/2008. Replies due by 4/30/2008. Target date for ruling by mail set for 5/21/08.Mailed notice(mpj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.