Date 3/9/08

07C 7221

RECEIVED
3-12-2008
MAR 12 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Judge - BUCKLO  NHW
Case Number - 07C7221
Case Title - DeValius McDonald
vs
Dr. Kim

Amended Petition

Exhibits A, B, C, and D are included to prove that Dr. Kim records are inaccurate and that he acted wantonly, willfully and with total indifference toward this plaintiff. WHEREFORE, for the foregoing reasons, plaintiff respectfully request this court to enter this evidence and order dismissing defendants statement of facts, with prejudice.

EXHIBITS TO PLAINTIFF'S COMPLAINT

07C7221

DeValius McDonald
8107 South Langley Ave.
Chicago, Illinois 60619

Respectfully submitted
DEVALIUS MCDONALD

FILED
MAR 12 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Exhibit A

WHITE – INMATE'S COPY
YELLOW – BOOKING FILE
PINK – INMATE'S COPY

**ADULT CORRECTIONS
SHERIFF'S DEPARTMENT
KANE COUNTY**

DATE 9-29-07    LOCATION Risk

TO Docter/Pharmacy    BOOKING # 055990

REASON I Need my Norvasc or it's analouge what the doctor here has given me is Something to slow my heart beat. This Cause's chest pain in my heart

(SIGNATURE)

RESPONSE

(SIGNATURE)

# INMATES REQUEST

INMATE'S NAME DeValius McDonald



C

Exhit B

# KANE COUNTY SHERIFF'S DEPARTMENT
# ADULT CORRECTIONS

## MEDICAL REQUEST FORM

Inmate Name DeValius McDonald  Date 10-31-07

ID Number 055990   DOB 2-7-1955   Location Risk

Reason My gums are inflamed and bleeding. I am in pain. The food is high in stracH with minimal nutritive value. I need a multi-vitamin - multi mineral supplement. I need Vitamin C

---

The following medical services will require a co-payment:

____ Nurse Sick Call   $5.00

____ Doctors Visit   $5.00

____ Dentist Visit   $5.00

____ X-ray Services   $5.00

____ Laboratory   $5.00

____ Prescription   $3.00

____ OTC* Oral   $ .50

____ OTC* Topical   $ .50

**Medical care will never be refused to any inmate.** Those inmates who do not have any money on their account will be seen by medical staff, and a negative balance will be placed on their inmate account.

Services received:
Inmate Signature_____ Time_____ Date_____

Nurse Signature_____

Inmate has received above checked services, and has refused to sign this form.

Witness_____

Exhibit C

WHITE – ORIGINAL
YELLOW – BOOKING FILE
PINK – INMATE'S COPY

## ADULT CORRECTIONS
## SHERIFF'S DEPARTMENT
## KANE COUNTY

DATE 10-3-07        LOCATION Risk

TO Doctor           BOOKING # C55990

REASON Today as the morning nurse was dispensing medication I was given 3 multicolored capsules to take, I know my medication has been changed to a Norvasc Analoge and HCZ. This was not what I expected, I asked the nurse what was it, She was unproffesinal And vulgar in her language And said she didn't have the time to find out, She should be replaced with some one Who knows their Job (signed) DMc
heic dangerous, medication is important.

(SIGNATURE)

RESPONSE

(SIGNATURE)

## INMATES REQUEST

INMATE'S NAME DeValius McDonald

C



Exhibit D

WHITE – ORIGINAL
YELLOW – BOOKING FILE
PINK – INMATE'S COPY

**ADULT CORRECTIONS
SHERIFF'S DEPARTMENT
KANE COUNTY**

DATE 10-4-07     LOCATION Risk

TO Doctor     BOOKING # 055990

REASON I ask the morning nurse about my medication. She thought that I was reciveing an Anti depresant and wasn't sure about the other, she was agaited and using profanity. I need to know how many pills, shape and color and size that I am to have because the nurse sure doesn't know! She is obscene, profane and lacking of proffesionalism!! She should be replaced. Someone certainly could receive the wrong medication under her care!!

_____ (SIGNATURE)

RESPONSE _____

_____ (SIGNATURE)

**INMATES REQUEST**

INMATE'S NAME D. Valius McDonald


C

AE

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

**RECEIVED**
DEC 26 2007
DEC 26 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

DeValius McDonald
_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Dr. Kim
_____

07CV7221
JUDGE BUCKLO
MAGISTRATE JUDGE KEYS

Case No:_____
(To be supplied by the Clerk of this Court)

2008 JAN 11 PM 4:01

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

**CHECK ONE ONLY:**

____✓____ COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code (state, county, or municipal defendants)

_____ COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code (federal defendants)

_____ OTHER (cite statute, if known)

**BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.**

**EXHIBIT**
**1**

I.  **Plaintiff(s):**

    A.  Name: De Vallus McDonald

    B.  List all aliases: none

    C.  Prisoner identification number: 065990

    D.  Place of present confinement: Kane County Jail

    E.  Address: 777 East Fabyan Parkway, Geneva, IL 60134

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II.  **Defendant(s):**
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

    A.  Defendant: Dr. Kim

        Title: Doctor

        Place of Employment: Kane County Jail

    B.  Defendant: _____

        Title: _____

        Place of Employment: _____

    C.  Defendant: _____

        Title: _____

        Place of Employment: _____

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Case 1:07-cv-07221   Document 24   Filed 03/12/2008   Page 8 of 12
Case 1:07-cv-07221   Document 18-2   Filed 03/05/2008   Page 3 of 6
01/25/2008 14:18 FAX 8637733193   HARDEE CI   @008/011

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

    A. Name of case and docket number: None

    B. Approximate date of filing lawsuit: _____

    C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____

    D. List all defendants: _____

    E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____

    F. Name of judge to whom case was assigned: _____

    G. Basic claim made: _____

    H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____

    I. Approximate date of disposition: _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

IV. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

Dr. Kim of Kane County Jail Medical Staff refused to give me Norvasc with HCZT tablets which is prescribe to me by my private primary healthcare physician at Elgin medical care for my hypertension. Instead he substituted in drug for Norvasc without asking my permission or consulting my private healthcare physician, citing that the cost for Norvasc was too expensive for Kane County. This drug caused me to experience painful heart spasms. I feared for my life. After arguing with Dr. Kim he changed it to Norvasc. Then due to lack of vitamin C in the diet my gums started bleeding and became infected causing excruciating pain and I was unable to eat properly or sleep. Dr. Kim said that he could not give me over the counter vitamins because I had to be prepared to HIV positive of which I am not ~~~~~~~~~~~~~~~~~~~~~~. I suffered excruciating pain and was unable to eat properly or sleep for two weeks until I was able to see the dentist. He prescribed penacillin and ibuprofen for pain and swelling of gums. I'm at the present am still feeling slight pain and discomfort

4

Revised 9/2007

Case 1:07-cv-07221   Document 24   Filed 03/12/2008   Page 10 of 12
Case 1:07-cv-07221   Document 18-2   Filed 03/05/2008   Page 5 of 6
01/25/2008 14:20 FAX 8637733189   HARDEE CI   @010/011

in my gums because I don't have any vitamins to correct my deficientcy. This occurred during August 2007. Dr. Kim first asked me what medication if any was I taking. I told him that I was prescribed Norvasc and HCTZ tablets by my private physician and had been taking it for the past number of years. Dr. Kim said that he would give me medication. Later when my heart went into spasms I stop taking the medication and I demand to see the doctor. Two or three days passed and I can't even see Dr. Kim about what happen. It was only then that he informed me of the change of my medication without notifing me and thats when he cryed "costs" of Norvasc and we argued and then he changed it to Norvasc. Norvasc works by relaxing the veins so blood flows unrestricted which lowers blood pressure. Dr. Kim explained that his substitute drug slow down my heart which causes a drop in blood pressure. This slowing effect is what caused my heart to sputter as if it was about to stop causing pain and irregular heart beat.

Case 1:07-cv-07221  Document 24  Filed 03/12/2008  Page 11 of 12
Case 1:07-cv-07221  Document 18-2  Filed 03/05/2008  Page 6 of 6
01/25/2008 14:20 FAX 8637739183   HARDEE CI                         @011/011

V. **Relief**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I am asking the court for relief in the sum of $500,000.

VI. The plaintiff demands that the case be tried by a jury. ☒ YES ☐ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 18 day of Dec, 2007

_____
(Signature of plaintiff or plaintiffs)

DeValius McDonald
(Print name)

08899D
(I.D. Number)

Kane County Jail
777 East Fabyan Parkway
Geneva, IL 60134
(Address)

Revised 9/2007

Mailed To:
Swanson, Martin + Bell, LLP
Attorneys at Law
2525 Cabot Drive, Suite 204
Lisle, Illinois 60532

## Certificate of Delivery

The undersigned hereby certifies under penalties of perjury as provided by law, that the above notice and attached pleading were placed in the U.S. Mail at Chicago, Illinois, proper postage prepaid to the party at the address set forth above on the 10th day of March, 2008.