# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | ELAINE E. BUCKLO | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7221 | **DATE** | 3/18/08 |
| **CASE TITLE** | DeValius McDonald vs. Dr. Kim | | |

**DOCKET ENTRY TEXT:**

The plaintiff's renewed motion for leave to proceed *in forma pauperis* [#23] is stricken. Despite repeated admonitions, the plaintiff continues to ignore the court's filing instructions. The court will not consider any document filed unless the plaintiff: (1) provides the court with the original plus a judge's copy; and (2) includes a certificate of service showing that a copy was mailed to opposing counsel. On the court's own motion, the plaintiff is granted an additional twenty-one days from the date of this order to properly file an updated motion for leave to proceed *in forma pauperis*.

■ [**Docketing to mail notices.**]

mjm