Order Form (01/2005)

MHN

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Judge Bucklo | Sitting Judge If Other than Assigned Judge | Arlander Keys |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7221 | **DATE** | 3/26/2008 |
| **CASE TITLE** | McDonald v. Kim | | |

**DOCKET ENTRY TEXT**

Status hearing held; continued to 5/28/08 at 9:00 a.m.  Counsel for Defendant only appeared and informed the Court that the Parties are briefing a dispositive motion before the district judge.  All parties to be present at the next status call. *AK*

Docketing to mail notices.

00:04;nfpc

| | | Courtroom Deputy Initials: | AC |
|---|---|---|---|