## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Elaine E. Bucklo | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7221 | **DATE** | 5/14/2008 |
| **CASE TITLE** | McDonald vs. Dr. Kim | | |

**DOCKET ENTRY TEXT**

Plaintiff has failed to comply with this court's order of 4/22/08. Accordingly, this case is dismissed with prejudice for want of prosecution and failure to comply with a court order.

Docketing to mail notices.

| | Courtroom Deputy Initials: | MPJ |
|---|---|---|