# United States District Court
## Northern District of Illinois
### Eastern Division

McDonald                                           **JUDGMENT IN A CIVIL CASE**

       v.                                       Case Number: 07 C 7221

Dr. Kim

☐　Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■　Decision by Court. This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that the case is dismissed with prejudice for want of prosecution and failure to comply with a court order.

Michael W. Dobbins, Clerk of Court

Date: 5/14/2008　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　/s/ Mathew P. John, Deputy Clerk