**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

DeValius McDonald

                        Plaintiff,

v.                                                Case No.: 1:07–cv–07221
                                                   Honorable Elaine E. Bucklo

Dr Kim

                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, May 16, 2008:

      MINUTE entry before the Honorable Arlander Keys: The district judge having entered judgment on this case on 5/14/08, the status hearing set for 5/28/08 before this Court is stricken. Judge Honorable Arlander Keys no longer referred to the case.(ac, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.