# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | ELAINE E. BUCKLO | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7221 | **DATE** | May 16, 2008 |
| **CASE TITLE** | DeValius McDonald (#055990) vs. Dr. Kim | | |

**DOCKET ENTRY TEXT:**

By Minute Order of April 22, 2008, the court ordered the plaintiff to show good cause in writing why the complaint should not be dismissed for want of prosecution/for failure to comply with a court order. The plaintiff was forewarned that failure to show cause within fourteen days of the date of that order would result in summary dismissal of this case, with prejudice. Nevertheless, over fourteen days have elapsed and the plaintiff has not responded to the court's order. Accordingly, the complaint is dismissed pursuant to Fed. R. Civ. P. 41(b). Dr. Kim's motion to dismiss the complaint for failure to state a claim [#17] is denied as moot.

■ [**Docketing to mail notices.**]

mjm